Robert Chase, et al., Plaintiffs-Appellants, v. Nick Baldassano, et al., Defendants-Appellees.

Gen. No. 68–185. (Abstract of Decision.)

Second District.

June 16, 1969.

Rehearing denied August 20, 1969.

Ditkowsky and Contorer, of Chicago, for appellants; Diver, Ridge, Brydges and Bollman, of Waukegan, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.